UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MENSAH LOKOSSOU,

    Plaintiff,

    v.

SERVICESOURCE INTERNATIONAL INC.,

    Defendant.

Case No. 15-cv-04892-JD

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

The case management conference that was previously set for Wednesday, April 6, 2016, at 1:30 p.m., is hereby VACATED, pending further order of the Court.

**IT IS SO ORDERED.**

Dated: March 29, 2016

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MENSAH LOKOSSOU,

        Plaintiff,

   v.

SERVICESOURCE INTERNATIONAL INC.,

        Defendant.

Case No. 15-cv-04892-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 29, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mensah Lokossou
PO box 2069
Sacramento, CA 95812

Dated: March 29, 2016

                Susan Y. Soong
                Clerk, United States District Court

                By: _/s/ Lisa R. Clark_
                LISA R. CLARK, Deputy Clerk to the
                Honorable JAMES DONATO