UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENSAH LOKOSSOU,<br><br>   Plaintiff,<br><br>  v.<br><br>SERVICESOURCE INTERNATIONAL INC.,<br><br>   Defendant. | Case No. 15-cv-04892-JD<br><br>**ORDER RE ISSUANCE OF SUMMONS** |

  The Court previously granted plaintiff's application to proceed in forma pauperis. Dkt. No. 22. The complaint having been found to comply with Title 28 USC § 1915, the Court now orders that the Clerk issue summons, and that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

Dated: July 20, 2016

              _____
              JAMES DONATO
              United States District Judge